I concur with the majority opinion in all respects except for that portion that remands this case for findings regarding the appellant's claim that he received a pardon in case number CC-83-31. In his petition, the appellant asserted that he "received a full and unconditional pardon for prior conviction CC-83-31, in which the pardon was granted some time between 1985 and 1988." (C.R. 19.) I cannot agree that the appellant's bare allegation that he received a pardon "some time between 1985 and 1988" is sufficient to satisfy his burden of pleading pursuant to Rules 32.3 and 32.6(b), Ala. R.Crim. P. Accordingly, I respectfully dissent as to the part of the majority opinion that remands for the circuit court to address that claim.
 *Page 303